## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to Mid America Bank, FSB, successor in interest by merger to EFS Bank,<br><br>    Plaintiff,<br><br>v.<br><br>Ann Wallor a/k/a Ann C. Wallor; Lube Right, Ltd., an Illinois corporation; P A D (Illinois), Ltd., an Illinois corporation; JPMorgan Chase Bank, N.A., a national banking association,<br><br>    Defendants. | Case No. 14 cv 3617<br><br>Assigned Judge: Matthew F. Kennelly<br><br>Magistrate Judge: Maria Valdez<br><br>Property Address: 103 S. Quentin Road, Palatine, IL 60067 |

### MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to Mid America Bank, FSB, successor in interest by merger to EFS Bank, by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

Ann Wallor a/k/a Ann C. Wallor; Lube Right, Ltd., an Illinois corporation; P A D (Illinois), Ltd., an Illinois corporation; and JPMorgan Chase Bank, N.A., a national banking association, and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion, and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and

the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

> PNC Bank, National Association, successor in interest by merger to National City Bank, successor in interest by merger to Mid America Bank, FSB, successor in interest by merger to EFS Bank
>
> By: /s/ Matthew L. Hendricksen
>       One of Its Attorneys

James M. Crowley (ARDC #6182597)
Matthew L. Hendricksen (ARDC#6296720)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
jcrowley@crowleylamb.com
mhendricksen@crowley lamb.com